IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. __06-20085-JDB__ |
| **Plaintiff** | ) | __Superseding__ |
| | ) | |
| vs. | ) | 18 USC § 2422(b) |
| | ) | 18 USC § 2423(b) |
| TERRY TROY GODDARD, | ) | 18 USC § 2253 |
| | ) | |
| **Defendant** | ) | |

# I N D I C T M E N T

RECEIVED

DEC 19 2007

United States District Court
Western Tennessee

**THE GRAND JURY CHARGES:**

## COUNT 1

Between or about August 1, 2005, and on or about August 19, 2005, in the Western District of Tennessee, the defendant,

-------------------------------------- TERRY TROY GODDARD ------------------------------------------

knowingly used, and caused to be used, a facility and means of interstate commerce, that is, a combined computer/telephone system, using interstate "instant messages" , over an interstate telephone system, to knowingly attempt to persuade, induce, entice, and coerce a female who had not attained the age of 18 years of age, to engage in a sexual act, that is, oral sex and sexual intercourse, such sexual conduct then constituting a criminal offense under Mississippi Code Annotated, Section 97-3-95; in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2

On or about August 19, 2005, in the Western District of Tennessee, and elsewhere, the defendant,

--------------------------------------- **TERRY TROY GODDARD** ---------------------------------------

knowingly traveled in interstate commerce, from the Western District of Tennessee to the Northern District of Mississippi, for the purpose of engaging in illicit sexual conduct, that is, a sexual act, as defined in Title 18, United States Code, Section 2246, with a person under 18 years of age, that would be in violation of Title 18, United States Code, Section 2243 if the sexual act occurred in the special maritime and territorial jurisdiction of the United States; all in violation of Title 18, United States Code, Section 2423(b).

## COUNT 3

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through and including 2 of this Indictment are incorporated by reference as if fully set forth herein.

2. Upon conviction for violating Title 18, United States Code, Sections 2422 and 2423, the defendant, **TERRY TROY GODDARD**, shall forfeit to the United States any and all right, title, and interest he has in:

(a) any visual depiction described in Section 2252 of Title 18 United States Code, and any book, magazine, periodical, film, videotape, and other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of the above-said statute;

(b) any property, real or personal, constituting or traceable to gross profits of other proceeds obtained from the above-said offenses; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of the above-said offenses, including but not limited to the following:

3

ONE (1) HEWLETT PACKARD LAPTOP, S/N TW23802260

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

s/Grand Jury Foreperson
FOREPERSON

Asst UNITED STATES ATTORNEY

12/18/2007
DATE